

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00168-CV

**IN THE INTEREST OF R.G.**, a Child,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA01473
Honorable Charles E. Montemayor, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Lori I. Valenzuela, Justice
              Adrian A. Spears II, Justice

Delivered and Filed: April 9, 2025

DISMISSED FOR LACK OF JURISDICTION

This is an accelerated appeal, the disposition of which is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. *See* TEX. R. JUD. ADMIN. 6.2. Appellant's notice of appeal was due within twenty days after the order was signed, which was January 23, 2025. *See* TEX. R. APP. P. 26.1(b). Appellant's notice of appeal was not filed until March 13, 2025.

Because it appears we lack jurisdiction over this appeal, we ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. Appellant timely filed a response requesting we dismiss this appeal as moot because the trial court granted her motion for new trial arising from the order she was attempting to challenge via this appeal.

However, because this court's jurisdiction was not properly invoked by the filing of a timely notice of appeal, we dismiss this appeal for lack of jurisdiction. *See id.* R. 25.1(b). Appellant's pending motion is dismissed as moot.

PER CURIAM